```
McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2738
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR.S-08-450 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| JUAN VILLANUEVA-MACHADO, ) | DATE:  December 12, 2008 |
| ) | TIME:  9:00 a.m. |
| Defendant. ) | COURT: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

The parties, through their undersigned counsel, stipulate and agree that the status conference scheduled for November 14, 2008, should be continued to December 12, 2008, at 9:00 a.m.

Counsel further request that time be excluded from November 14, 2008, through December 12, 2008, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare).  Ms. Lexi Negin represents that she needs time to confer with her client and that she also needs to hire a translator/interpreter to assist her with this case.  The

///

///

1

defendant is aware of the request for continuance and approves of it.

Defense counsel has authorized the prosecutor to sign this stipulation on her behalf.

Dated: November 13, 2008        McGREGOR W. SCOTT
                                United States Attorney

                           By:  /s/ Tice-Raskin
                                S. ROBERT TICE-RASKIN
                                Assistant U.S. Attorney

Dated: November 13, 2008        DANIEL J. BRODERICK
                                Federal Defender

                           By:  /s/ Tice-Raskin for
                                LEXI NEGIN
                                Assistant Federal Defender
                                Counsel for Defendant

ORDER

IT IS SO ORDERED.

Dated: November 17, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge