DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN VILLANUEVA-MACHADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-08-450 GEB |
| | ) | |
| Plaintiff, | ) | ORDER SCHEDULING CHANGE OF PLEA |
| | ) | HEARING AND TO EXCLUDE TIME |
| v. | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| | ) | |
| | ) | |
| JUAN VILLANUEVA-MACHADO, | ) | |
| | ) | |
| Defendant. | ) | |

_____

For the reasons set forth in the stipulation of the parties, filed on January 16, 2009,  IT IS

HEREBY ORDERED that the case be scheduled for change of plea hearing before the Magistrate Judge

on duty on January 29, 2009 at 2:00 p.m.   The Court finds that the ends of justice to be served by granting

a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT

IS HEREBY ORDERED that, for the reasons stated in the parties' January 16, 2009 stipulation, the time

under the Speedy Trial Act is excluded from the date of this order, through January 29, 2009, pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the

reasonable time to prepare.

Dated: January 16, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE  JUDGE

VILLANUEVA-MACHADO.ord

1